UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No. 4: 21-CR-122 |
| | : |
| MAURICE WHYTE | : (J. BRANN) |
| Defendant | : |
| | : FILED ELECTRONICALLY |

ORDER

NOW THIS 28th day of April, 2021, upon motion of the government, and it appearing to the Court that DEFENDANT MAURICE WHYTE is presently in custody at the Centre County Prison and the arrest warrant in this case has been lodged as a detainer with the Warden at that prison, that this case may be partially unsealed as to DEFENDANT WHYTE.

IT IS ORDERED, ADJUDED AND DECREED, that the Court's April 23, 2021, Order to Seal is hereby partially rescinded and the Clerk may unseal the above defendant in the captioned matter.

_____
WILLIAM I. ARBUCKLE
United States Magistrate Court Judge