UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:21-CR-00122 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MAURICE LAVELLE WHYTE, | ) | |
| | ) | |
| Defendant | ) | |

FILED
WILLIAMSPORT

APR 28 2021

PER _CAW_
DEPUTY CLERK

### WAIVER OF RIGHTS AND CONSENT TO PROCEED VIA VIDEO CONFERENCE

I, Maurice Lavelle Whyte, the above-named defendant, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and Federal Rules of Criminal Procedure 5, 11, and 43 and consent to proceed by video conference in the Initial Appearance/Arraignment on Indictment.

Executed this 28th day of April 2021.

_____
Maurice Lavelle Whyte, Defendant

_____
Counsel for Defendant

Date: 4/28/2021

BY THE COURT

_____
William I. Arbuckle
U.S. Magistrate Judge

Page 1 of 1