UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:21-CR-00122 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MAURICE LAVELLE WHYTE, | ) | |
| Defendant | ) | |

FILED
WILLIAMSPORT

APR 2 8 2021

PER _CAW_
DEPUTY CLERK

**PLEA**

AND NOW, this 28th day of April 2021, the within named defendant, hereby enters a plea of _NOT GUILTY_ to the within Indictment.

_Maurice L. Whyte_ s/RM
(Defendant's Signature)

_[signature]_
(Defense Counsel)

Page 1 of 1