IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO.: 4:21-CR-00122 |
| | : |
| vs. | : |
| | : (Judge Brann) |
| MAURICE LAVELLE WHYTE, | : |
| Defendant | : |

**DEFENDANT, MAURICE L. WHYTE'S REQUEST PURSUANT TO RULE 12(b)(4)(B) FOR PRE-TRIAL NOTICE OF ANY EVIDENCE THE GOVERNMENT INTENDS TO INTRODUCE AT TRIAL**

Pursuant to Federal Rule of Criminal Procedure 12(b)(4)(B), the Defendant, Maurice L. Whyte, hereby requests from the government pre-trial notice of the government's intention to use specified evidence at trial which is subject to possible suppression under Federal Rule of Criminal Procedure 12(b)(3)(C) and pre-trial notice of any evidence the government intends to introduce at trial which Darnell Cotton may be entitled to discover under Rule 16 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

/S/ Robert A. Hoffa
Robert A. Hoffa
Attorney ID No.: 36715
Attorney for Defendant Whyte
602 Pine Street, Williamsport, PA 17701
Telephone: 570-326-2401
Fax: 570-326-2498